IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA (Farm Service Agency),

    Plaintiff

    v.

LUIS AMERICO RAMOS-CASTILLO and MARTA MARIA ACOSTA-TORRES (party with possible interest),

    Defendants

CIVIL NO. 07-1981 (JP)

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case, and have filed a joint motion (No. 36) requesting entry of a consent judgment. Pursuant thereto, the Court **ENTERS JUDGMENT FOR PLAINTIFF UNITED STATES OF AMERICA (Farm Service Agency)** to have and recover from Defendant Luis Américo Ramos-Castillo the amount of One Hudred Forty Five Thousand Dollars ($145,000.00).

The parties have agreed that the Final Judgment will be satisfied in two installments: (1) an immediate payment of $125,000.00 in certified check or money order in favor of Plaintiff, and (2) a final payment of $20,000.00 which will be satisfied by Defendant Luis Américo Ramos-Castillo **on or before July 19, 2008.** Should Defendant Luis Américo Ramos-Castillo fail to pay the sums herein above specified by the specified date, Plaintiff at its sole discretion and without any notice to Defendant Luis Américo

CIVIL NO. 07-1981 (JP)            -2-

Ramos-Castillo, may continue to execute the Final Judgment against the mortgaged real property at issue:

> RUSTICA: Porción de terreno en el Barrio Rubias del término municipal de Yauco, Pueto, digo, Puerto Rico, compuesta de SESENTA Y TRES CUERDAS (63.00 cuerdas) y colindando por el NORTE, con Luis Enrique Castillo Nieves y con el predio segregado de Ramón Ramos Castillo, por el SUR, con terrenos de Natali Pietri y Compañía, antes, hoy José Massini, separados por el Río Chiquito; y por el OESTE, con Puerto Rico Reconstruction Administration, separados por una quebrada.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of June, 2008.

                                                s/Jaime Pieras, Jr.
                                                  JAIME PIERAS, JR.
                                       U.S. SENIOR DISTRICT JUDGE